

# Fourth Court of Appeals

## San Antonio, Texas

September 8, 2021

No. 04-20-00609-CV

**OPUS AE GROUP, L.L.C.**,
Appellants

v.

**AKF GROUP, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10826
Honorable Aaron Haas, Judge Presiding

## ORDER

In accordance with this court's memorandum opinion, the parties' joint motion to dispose of this appeal is GRANTED, this appeal is DISMISSED FOR LACK OF JURISDICTION, and the case is REMANDED to the trial court for entry of a judgment in conformity with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a). It is ORDERED that costs on appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d). It is FURTHER ORDERED that the mandate issue immediately. *See* TEX. R. APP. P. 18.1(c).

It is so **ORDERED** on September 8, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2021.

_____
Michael A. Cruz, Clerk of Court